UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STRUGALA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNOPTA, INC., STEVEN BROMLEY, JOHN H. DIETRICH and STEPHEN R. BRONFMAN,<br><br>Defendants. | ) ) ) ) **CIVIL ACTION NO. 08-cv-1070** ) ) ) ) ) **CLASS ACTION COMPLAINT** ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff Stephen Strugala, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: February 1, 2008

**BRODSKY & SMITH, LLC**

By:*Evan J. Smith, Esquire*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Attorneys for Plaintiffs*

1