2008-Mar-24 03:08pm    From-Coughlin Stoia



**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

David A. Rosenfeld
DRosenfeld@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 5 2008

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

March 24, 2008

**Application GRANTED**

VIA FACSIMILE

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl St., Chambers 735
New York, NY 10007
Fax: 212-805-6304

*March 25, 2008*

*All counsel in the following case, dealing with SunOpta 08Civ 00933; 08cv1070, 08cv 1313, 08cv 1496, 08cv 1844, 08cv 2034 are authorized to file chosen lead counsel motions they want,*

**SO ORDERED** MAR 2 5 2008

Re:     *Marie Lorenzato v. SunOpta, Inc., et al.*
        Case No.:    08-cv-00933-PAC
                     08-cv-1070 - PAC
                     08-cv-1496- PAC
Dear Judge Crotty:    08-cv-1313 - PAC
                      08-cv-1844 - PAC
                      08-cv-2034 - PAC

**HON. PAUL A. CROTTY**
**UNITED STATES DISTRICT JUDGE**

My firm represents plaintiff Marie Lorenzato and certain other investors who may wish to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), lead plaintiff motions must be filed no later than 60 days following the publication of the first notice advising investors of the pendency of the first-filed action. *See* 15 U.S.C. §§78u-4(a)(3)(A) and (B); *Skwortz v. Crayfish Co.*, 00-CV-6766, 2001 U.S. Dist. LEXIS 15532, at *16 (S.D.N.Y. Sept. 28, 2001) ("The 60 day period the statute provides for the submission of lead counsel motions is mandatory.") (Batts, J.). Here, notice was issued on January 28, 2008. Accordingly, lead plaintiff motions must be filed no later than Friday, March 28, 2008.

We respectfully request leave from your Honor's Individual Practice Rules 3.A & C requiring a pre-motion conference because we do not yet know which (if any) other putative class members intend to file lead plaintiff motions. We appreciate the Court's consideration of these matters and we are available to address any issues the Court may have.

Respectfully submitted,

David A. Rosenfeld

cc:    Attached service list (via facsimile)

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

SunOpta Service List
March 24, 2008

*Counsel for Defendants*
Jayant W. Tambe
William J. Hine
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212) 326-3704
Fax: (212) 755-7306

*Counsel for Plaintiffs*
Eric J. O'Bell
Law Offices of Eric J. O'Bell,
LLC
3500 Noth Hullen Street
Metairie, LA 70002
(504) 456-8677
Fax: (504) 456-8624

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
12th Floor
New York, NY 10017
(212) 696-3730
Fax: (504) 455-1498

Lewis Stephen Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
(504) 455-1400
Fax: (504) 455-1498

Evan J Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
(516) 741-4977
Fax: (516) 741-0626

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz &
Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056

Jacqueline Sailer
Gregory Bradley Linkh
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892

Howard G. Smith
Smith & Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
(215) 638-4847
Fax: (215) 638-4867

Lionel Z. Glancy
Law Offices of Lionel Z.
Glancy
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
(310) 201-9150
Fax: (310) 201-9160

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
Kaplan Fox & Kilsheimer
LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714

Judith S. Scolnick
Scott + Scott, LLP
29th West 57th Street, 14th
Floor
New York, NY 10019
(212) 223-6444
Fax: (2122) 223-6334

David R. Scott
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
(860) 537-5537
Fax: (860) 537-4432

Arthur L. Shingler, III
Hal D. Cunningham
Scott & Scott, LLC
600 B Street, Suite 1500
San Deigo, CA 92101
(619) 233-4565
Fax: (619) 233-0508

Law Offices of Curtis V.
Trinko, LLP
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY 10036
(212) 490-9550
Fax: (212) 986-1058

Law Offices of Alfred G.
Yates, Jr.
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164
Fax: (412) 471-1033